**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILLIAM A. MORGAN,<br><br>   Plaintiff,<br><br>        v.<br><br>COVINGTON TOWNSHIP, SGT. BERNARD KLOCKO, Individually, THOMAS M. YERKE, Township Chairman, Individually,<br><br>   Defendants. | CIVIL ACTION NO. 3:CV-09-0651<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 22nd day of May, 2013, **IT IS HEREBY ORDERED** that the Motion for Summary Judgment (Doc. 22) filed by Covington Township, Sergeant Bernard Klocko, and Thomas M. Yerke is **DENIED**.

                                                  /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge